

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00600-CV

**IN THE INTEREST OF R.G., JR.,ET AL,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-02312
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court